AB:RMP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

       - against -

KEVIN CRAWFORD,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF
APPLICATION FOR AN
ARREST WARRANT

(18 U.S.C. §§ 2113(a) and (d) and 3551 et seq.)

Case No. 20-MJ-482

EASTERN DISTRICT OF NEW YORK, SS:

       GEORGE LANE, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

       On May 18, 2020, within the Eastern District of New York and elsewhere, the defendant KEVIN CRAWFORD did knowingly and intentionally by force and violence and by intimidation take and attempt to take from the person or the presence of another, property and money belonging to, or in the care, custody, control, management or possession of a bank, to wit: the Valley National Bank at 107-01 Liberty Avenue in Ozone Park, New York, and, in committing and attempting to commit this robbery, did assault and put in jeopardy the life of a person, to wit: John Doe #1, whose identity is known to me, by the use of a dangerous weapon, to wit: a knife.

       (Title 18, United States Code, Sections 2113 (a) and (d) and 3551 et seq.)

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Special Agent with the Federal Bureau of Investigation and have served in that capacity since March 2018. As a Special Agent, I have been involved in the investigation of numerous cases involving homicides, kidnappings, bank robberies, and extortion. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including surveillance videos and the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. On May 18, 2020, at some time between approximately 3:45 p.m. and 4:00 p.m., an individual whom I believe to be KEVIN CRAWFORD entered the Valley National Bank at 107-01 Liberty Avenue, Ozone Park, New York, which is at the corner of Liberty Avenue and 107th Street in Queens, within the Eastern District of New York.

3. According to the statements that the employees of the bank made to New York City Police Department ("NYPD") officers, which I have reviewed, this individual entered the bank, approached a teller, and handed the teller a manila envelope upon which was handwritten "Fill it up" and "20's 50's and 10's." The teller did not immediately comply. The robber brandished a large knife and verbally demanded, in sum and substance, that the teller "put the money in the envelope," and he placed the knife against the neck of one of the bank employees, John Doe #1. The bank employees surrendered $2,330 cash and the perpetrator fled northbound on 107th Street.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

4. The perpetrator was wearing a black jacket with thick white stripes down the shoulders and arms, a red knit cap with white and black patterns, a black scarf or face mask, and blue gloves, as seen in the image below, which was taken from a video recorded by a surveillance camera at the bank.



5. The NYPD canvassed the neighborhood for surveillance cameras and recovered numerous video recordings, which I have reviewed, that captured the robber's flight from the bank and his subsequent movements.

6. A surveillance camera on a residence on 107th Street only a short distance north of the bank captured video of the robber running northbound on 107th Street, holding the envelope in his left hand, and throwing an object, which appears to be the knife, with his right hand. The images below are taken from that surveillance video, and the object that appears to be the knife, captured mid-flight in one frame, is circled in yellow.



7. The NYPD recovered a knife from the front of the property where, in

the video, it appears to have been thrown. A latent fingerprint on the knife handle, which was compared to fingerprints stored in a law enforcement database, was identified as a match for a fingerprint taken from the right ring finger of KEVIN CRAWFORD.

8. Another camera farther north on 107th Street captured video of the perpetrator running while still wearing the hat, mask, and gloves that he wore during the bank robbery, and holding the envelope. Another camera still farther north captured video of the perpetrator removing his hat, and another captured an identification-quality image of his face. Still another camera captured video of him removing his gloves. Images from these videos are below.



9. I reviewed the video and images of the perpetrator's face with NYPD Detective Clifford Parks, who has twice participated in the arrest of KEVIN CRAWFORD for prior robberies. Detective Parks positively identified the perpetrator in the video and photographs as KEVIN CRAWFORD.

10. Another surveillance camera farther north on 107th Street captured

video of CRAWFORD entering an alley between two homes. Approximately two and a half minutes later, that camera captured video of him exiting that alley wearing different clothes, and without the envelope. That alley leads to the backyard of a private residence, and during the approximately two and a half minutes between his entry and exit from the alley, he did not appear in video captured by a surveillance camera in that backyard, nor did anyone else enter or exit the alley from the other side. Images of CRAWFORD entering and exiting the alley, and an image of the alley taken from Google Maps, are below.



11. The NYPD recovered from that alley the items that CRAWFORD abandoned, including the envelope with the demand written on it. Two latent finger prints on the exterior of the envelope, which were compared to fingerprints stored in a law enforcement database, were identified as matches for a fingerprint taken from the right thumb of KEVIN CRAWFORD

WHEREFORE, your deponent respectfully requests an arrest warrant for the

defendant KEVIN CRAWFORD so that he may be dealt with according to law.

### Sealing Request

I further request that the Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant. Based upon my training and experience, premature disclosure of the contents of this affidavit and related documents will seriously jeopardize the investigation, including by giving the defendant an opportunity to flee from prosecution, or destroy or tamper with evidence.

_____
GEORGE LANE
Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone
this 24th day of June, 2020

_____
   s/Cheryl Pollak
THE HONORABLE CHERYL L. POLLAK
CHIEF UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK